Filed June 19, 1894.

————◆————

No. 16,488.

THE MIDLAND RAILWAY COMPANY ET AL. *v.* STATE, EX REL. HARRISON, TREASURER OF BOONE COUNTY.

APPELLATE COURT.—*Jurisdiction.*—*Money Demand.*—Where the amount in controversy on a money demand is less than $3,500, the jurisdiction, on appeal, is in the Appellate Court.

From the Clinton Circuit Court.

Boruff *v.* Hudson.

*W. R. Crawford, S. O. Bayless* and *C. G. Guenther,* for appellants.

*S. M. Ralston* and *M. Keefe,* for appellee.

McCABE, J.—This was an action by appellee against the appellants, on a delivery bond. The amount of damages claimed in the complaint was for less than $3,500. The finding and judgment against appellants were for $2,702.46. To reverse this judgment the appeal is brought.

It being an action seeking the recovery of a money judgment only, and the amount in controversy, exclusive of costs, being less than $3,500, exclusive jurisdiction of this appeal is in the Appellate Court. Acts 1893, p. 29, section 1, subd. 3.

The cause is therefore transferred to the Appellate Court.

Filed June 21, 1894.